**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00143-CV**
_____

**MELTON RICHARD, Appellant**

**V.**

**THE COTTAGES AT SPINDLETOP, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 24CCCV0271**
_____

**MEMORANDUM OPINION**

On April 16, 2024, Melton Richard filed a notice of appeal from a final judgment signed on April 9, 2024. But after perfecting his appeal Richard failed to file a brief.

On September 17, 2024, the Clerk of the Ninth Court of Appeals notified the parties that Richard had not filed a brief and advised the parties that this appeal would be submitted without briefs unless by September 27, 2024, Richard submitted a brief and a motion to extend the deadline to file his brief. We warned Richard that

1

if the Court submitted his appeal without briefs that the Court could dismiss his appeal for want of prosecution.

On October 7, 2024, the Clerk notified the parties that on October 28, 2024, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Richard has not filed a brief in his appeal assigning any error to any of the trial court's rulings, we dismiss Richard's appeal for want of prosecution. *See id*. 38.8(a)(1); 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 28, 2024
Opinion Delivered October 31, 2024

Before Johnson, Wright and Chambers, JJ.